1 | NICOLAS C. HEIDORN (#281937)
2 | 3308 L Street, Sacramento CA 95816
  | Telephone: (510) 798-3425
3 | E-mail: NCHeidorn@yahoo.com

**RECEIVED**

2013 MAR 22  P 1: 25

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4

Plaintiff, appearing *pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NICOLAS C. HEIDORN, | No. C13-0229 (JCS) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER ~~GRANTING~~ **DENYING** PLAINTIFF NICOLAS HEIDORN'S ADMINISTRATIVE MOTION FOR RELIEF FROM THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| BDD MARKETING & MANAGEMENT COMPANY, LLC and DOES 1-100, | |
| Defendants. | |
| | Judge: Hon. Joseph C. Spero |

1.

1. Having considered Plaintiff Nicolas Heidorn's Administrative Motion for Relief from the Order Setting Initial Case Management Conference and for Continuance of Initial Case Management Conference, the supporting Memorandum of Points and Authorities, the supporting Declaration of Nicolas Heidorn, and the files and records in this action, and finding good cause for the request:

IT IS HEREBY ORDERED that Nicolas Heidorn's request is granted. The Order Setting Initial Case Management Conference and ADR Deadlines and other case schedule dates are hereby revised as follows:

(1) the initial Case Management Conference is to be held on June 7, 2013;

(2) May 24, 2013, is the last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan per Federal Rule 26(f) & ADR Local Rule 3-5; and

(3) May 31, 2013 is the last day to:

   a. file the Rule 26(f) Report;

   b. complete initial disclosures or state objections to such disclosures in the Rule 26(f) Report;

   c. file the Case Management Statement per the Standing Order for All Judges of the Northern District of California regarding the;

   d. file the ADR Certification signed by the Parties and Counsel per Civil Local Rule 16-8(b) & ADR Local Rule 3-5(b); and

   e. file either the Stipulation to ADR Process or Notice of Need for ADR Phone Conference per Civil Local Rule 16-8(c) & ADR Local Rule 3-5(b) & (c).

DATED: 03/26/13

[DENIED — Judge Joseph C. Spero]

HONORABLE JOSEPH C. SPERO

2.