1  NICOLAS C. HEIDORN (#281937)
   3308 L Street,
2  Sacramento CA 95816
   Telephone:    (510) 798-3425
3  E-mail:       NCHeidorn@yahoo.com

4
   Plaintiff, appearing *pro se*
5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | NICOLAS C. HEIDORN,              | No. C13-0229 (JCS)

13 |            Plaintiff,             | **REQUEST TO APPEAR BY TELEPHONE FOR THE INITIAL JOINT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

14 |      v.

15 | BDD MARKETING & MANAGEMENT
   | COMPANY, LLC and DOES 1-100,     | Judge: Hon. Joseph C. Spero
16
   |            Defendants.            | Location: Courtroom G, 15th Floor
17
                                       | Date: 4/19/2013
18
                                       | Time: 1:30 P.M.
19

20

21

22

23

24

25

26

27

28
                              1.
                                              **REQUEST TO APPEAR BY TELEPHONE**
                                              Case No. C13-0229 (JCS)

I, Nicolas Heidorn, plaintiff appearing *pro se*, hereby request, pursuant to Local Rule 16-10, to participate in the Initial Case Management Conference by telephone. The Initial Case Management Conference is scheduled for April 19, 2013 at 1:30 P.M. in Courtroom G, 15th Floor, before the Honorable Joseph C. Spero.  My request to appear by phone is made for the following reasons:

1. Counsel for the Defendant has not made an appearance in this case; upon information and belief, Defendant will not be appearing at this hearing.
2. I work in Sacramento, California, at a distance of approximately 100 miles from the courthouse.  Attending this hearing in person would require me to miss a day of work.

Thank you,

Dated: April _12_, 2013

By: __/s Nicolas Heidorn_____

Nicolas C. Heidorn, appearing *pro se*

2.

**REQUEST TO APPEAR BY TELEPHONE**
Case No. C13-0229 (JCS)

1 **[~~PROPOSED~~] ORDER**

2   Plaintiff Nicolas Heidorn, appearing *pro se*, may participate in the Initial Case

3 Management Conference in this action by telephone.  Mr. Heidorn shall be on phone

4 standby beginning at 1:30 PM and await the Court's call.  Mr. Heidorn shall provide
to the clerk, a direct land line phone number.

7   Dated: 4/15/13              _____

8                               HONORABLE JOSEPH C. SPERO

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*

3.