1  NICOLAS C. HEIDORN (#281937)
   3308 L Street,
2  Sacramento CA 95816
   Telephone:     (510) 798-3425
3  E-mail:        NCHeidorn@yahoo.com

4
   Plaintiff, appearing *pro se*
5

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12 | NICOLAS C. HEIDORN,                          | No.  C13-0229 (JCS)

13 |         Plaintiff,                           | **REQUEST TO APPEAR BY TELEPHONE FOR THE INITIAL JOINT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

14 |     v.

15 | BDD MARKETING & MANAGEMENT
   | COMPANY, LLC and DOES 1-100,                 | Judge: Hon. Joseph C. Spero
16
   |         Defendants.                          | Location: Courtroom G, 15th Floor
17
                                                  | Date: 4/19/2013
18
                                                  | Time: 1:30 P.M.
19

20

21

22

23

24

25

26

27

28
                              1.

I, Nicolas Heidorn, plaintiff appearing *pro se*, hereby request, pursuant to Local Rule 16-10, to participate in the Initial Case Management Conference by telephone. The Initial Case Management Conference is scheduled for April 19, 2013 at 1:30 P.M. in Courtroom G, 15th Floor, before the Honorable Joseph C. Spero.  My request to appear by phone is made for the following reasons:

1. Counsel for the Defendant has not made an appearance in this case; upon information and belief, Defendant will not be appearing at this hearing.
2. I work in Sacramento, California, at a distance of approximately 100 miles from the courthouse.  Attending this hearing in person would require me to miss a day of work.

Thank you,

Dated: April _12_, 2013

By: __/s Nicolas Heidorn_____

Nicolas C. Heidorn, appearing *pro se*

2.

**REQUEST TO APPEAR BY TELEPHONE**
Case No. C13-0229 (JCS)

**[~~PROPOSED~~] ORDER**

Plaintiff Nicolas Heidorn, appearing *pro se*, may participate in the Initial Case Management Conference in this action by telephone. Mr. Heidorn shall be on phone standby beginning at 1:30 PM and await the Court's call. Mr. Heidorn shall provide to the clerk, a direct land line phone number.

Dated: 4/15/13                      HON. _____. SPERO



*IT IS SO ORDERED AS MODIFIED* — Judge Joseph C. Spero, United States District Court, Northern District of California

3.

REQUEST TO APPEAR BY TELEPHONE
Case No. C13-0229 (JCS)