NICOLAS C. HEIDORN (#281937)
3308 L Street,
Sacramento CA 95816
Telephone:   (510) 798-3425
E-mail:   NCHeidorn@yahoo.com

Plaintiff, appearing *pro se*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLAS C. HEIDORN,<br><br>    Plaintiff,<br><br>    v.<br><br>BDD MARKETING & MANAGEMENT COMPANY, LLC and DOES 1-100,<br><br>    Defendants. | No.  C13-0229 (JCS)<br><br>**REQUEST TO ENTER DEFAULT**<br><br>Judge: Hon. Joseph C. Spero |

1.

1    TO: THE CLERK OF THE ABOVE-ENTITLED COURT

2       Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Nicolas Heidorn

3   (hereafter "me" or "I") hereby requests that the Clerk of this Court enter a default in this matter

4   against Defendant BDD Marketing & Management Company, LLC ("Defendant") on the ground

5   that said defendant has failed to appear or otherwise respond to the Complaint within the time

6   prescribed by the Federal Rules of Civil Procedure.

7       According to the Federal Rules of Civil Procedure, Rule 15(a)(1)(A), the deadline for the

8   Defendant to respond has passed. *See* Declaration of Nicolas Heidorn ("Heidorn Decl."), ¶7.

9       Through a non- party over the age of 18, I effected personal service of the Summons and

10   Complaint on Defendant on March 16, as evidenced by the Proof of Service and accompanying

11   declaration of Katherine Johnson on file with this Court. *See* Docket No. 13; *see also*, Heidorn

12   Decl., ¶¶3-6. Pursuant to Rule 15(a)(1)(A), I amended my Complaint on April 6, 2013. *See*

13   Docket No. 17; *see also*, Heidorn Decl., ¶7.

14       Consequently, Defendants' responsive pleading was due on April 22, 2013. *See* Fed. R.

15   of Civ. Proc., Rule 15(a)(3); *see also*, Heidorn Decl., ¶8. Defendant, however, has failed to file or

16   serve an answer or other responsive pleading and has not otherwise appeared to contest this

17   action. *Id.*

18       For the foregoing reasons, I respectfully request that you enter the Defendant's default.

19

20   DATED: ___May 9, 2013___       By:       ___s/ Nicolas Heidorn___

21                                  Nicolas Heidorn, *pro se*

22

23

24

25

26

27

28

2.

## CERTIFICATE OF SERVICE

*\*Use this form to show that a paper or document (other than a complaint) was served (sent or delivered) to an opposing party in accordance with Federal Rule of Civil Procedure 5. A different form is needed to serve a complaint under Federal Rule of Civil Procedure 4.\**

**Case name:**       Heidorn v. BDD Marketing & Management Company, LLC

**Case number:**       C13-0229 (JCS)

**What document was served?** *(Write the full name or title of the document or documents, e.g., "Plaintiff's Opposition to Defendant's Motion for Summary Judgment.")*

Title(s):_____ Request to Enter Default AND Heidorn Declaration

_____

**How was the document served?** *(Check one.)*
[X]   Placed in U. S. Mail
☐   Sent by fax
☐   Hand-delivered
☐   Sent by delivery service (e.g., FedEx or UPS)

**To whom was the document sent?** *(Write the full name, address, and fax number of everyone who was sent the document. Usually, they will be the lawyers for the opposing parties.)*

Daniel J. Shepherd, Esq. or Registered Agent of BDD Marketing

3896 Burns Road, Suite 101

Palm Beach Gardens, FL 33410

Fax: n/a

**When were the documents served?** *(When were they mailed, faxed, or delivered?)*

Date:       5/9/13

**Who served the documents?** *(Who put it into the mail, faxed it, hand-delivered it, or sent it by delivery service? That person should print his/her name and address and sign below.)*

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signature:       _____

Printed name:       Katherine Johnson

Address:              3308 L Street, Sacramento, CA 95816

CERTIFICATE OF SERVICE [VLSP TEMPLATE]