**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NICOLAS C. HEIDORN,**<br>    **Plaintiff,**<br>    vs.<br>**BDD MARKETING & MANAGEMENT COMPANY, LLC,**<br>    **Defendant.** | Case No.: 13-CV-0229 YGR<br><br>**ORDER VACATING HEARING** |

The Court has reviewed the papers relevant to the Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge of *pro se* Plaintiff Nicolas C. Heidorn, a licensed California attorney with less than four years of experience. Plaintiff has submitted a Request for Oral Argument (Dkt. No. 40), pursuant to Section 2(d) of this Court's Standing Order in Civil Cases. That Section provides that the Court will entertain requests for oral argument when the argument will be conducted mostly or wholly by an attorney with less than four years of experience, "on the principle that young lawyers need more opportunities for appearances than they typically receive."

Plaintiff's request for oral argument is **DENIED**. Plaintiff happens to be an attorney, but he comes before this Court as a party. Section 2(d) is therefore inapplicable to him. The aim of the Court's Standing Order is to encourage senior attorneys to allow their junior colleagues a chance at argument. As a *pro se* party, Plaintiff's request does not effectuate the provision's goal.

Independent of Plaintiff's request, the Court has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78.  *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).  Accordingly, the hearing set for October 15, 2013 is **VACATED**.  The Court will issue a written decision on the papers.

**IT IS SO ORDERED**.

Date: September 19, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**