NICOLAS C. HEIDORN (#281937)
3308 L Street,
Sacramento CA 95816
Telephone:     (510) 798-3425
E-mail:        NCHeidorn@yahoo.com

Plaintiff, appearing *pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS C. HEIDORN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BDD MARKETING & MANAGEMENT COMPANY, LLC and DOES 1-100,<br><br>　　　　　Defendants. | No. C13-0229 (YGR)<br><br>[P̶R̶O̶P̶O̶S̶E̶D̶] JUDGMENT IN FAVOR OF PLAINTIFF NICOLAS HEIDORN AGAINST DEFENDANT BDD MARKETING & MANAGEMENT COMPANY, LLC<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1.

Plaintiff Nicolas Heidorn ("Plaintiff") filed his initial Complaint (Dkt. No. 1) against Defendant BDD Marketing & Management Company, LLC ("Defendant") on January 17, 2013. Upon Plaintiff's motion, the clerk entered a default (Dkt. No. 28) against the Defendant on May 13, 2013. Magistrate Judge Spero heard Plaintiff's Motion for Default Judgment on August 16, 2013, and issued his Report and Recommendation (Dkt. No. 34) on August 19, 2013, to which Plaintiff timely objected (Dkt. No. 37). Pursuant to this Court's Order Adopting Magistrate Judge Spero's Report and Recommendation Re: Motion for Default Judgment and Granting Plaintiff's Motion for Default Judgment (Dkt. No. 42), IT IS HEREBY ADJUDGED AND ORDERED that:

(1) JUDGMENT is entered in favor of Plaintiff Nicolas Heidorn against Defendant BDD Marketing & Management Company, LLC, on all claims.

(2) Defendant shall pay to Plaintiff the sum of $14,399.50, which includes:

   (A) A statutory penalty of $11,000 under 47 U.S.C. §227(c);

   (B) A statutory penalty of $3,000 under Cal. Civ. Code section 1798.93;

   (C) Actual damages of $5.00;

   (D) Nominal damages of $22.00; and

   (E) Costs in the amount of $372.50.

(3) Defendant is ordered to:

   (A) Contact all third parties it shared Plaintiff's information with and inform them that Plaintiff does not wish to be contacted further;

   (B) Cease contacting the Plaintiff; and

   (C) Delete all of Plaintiff's contact information in its possession other than what information may be necessary to place the Plaintiff on Defendant's private do-not-call list.

IT IS SO ORDERED.

DATED: October 18, 2013

HON. YVONNE GONZALEZ ROGERS